UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-MC-22466

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

     *Petitioner*,

vs.

ANDRIY SHPITSEN,

     *Respondent*.

_____/

**PETITIONER'S CERTIFICATION OF EMERGENCY
PURSUANT TO LOCAL RULE 7.1(d)**

Petitioner's counsel certifies that the *Emergency Petition for Entry of Court Order Permitting Involuntary Administration of Nutrition*, presents a true emergency and requires immediate ruling from the Court because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. Counsel understands that an unwarranted certification may lead to sanctions.

Respondent's attending physician, Dr. Manuel E. Lopez Diaz, U.S. Public Health Service, ICE Health Service Corps, Department of Homeland Security, advises that Respondent has been on a hunger strike for 44 days and has missed over 138 meals. Respondent has lost approximately 36.8 lbs. (16.07%) of his body weight over the last five weeks. Lopez Decl., ¶ 14. Worse, Respondent's metabolic imbalance is exacerbated by inappropriate hydration and is imminently likely to result in permanent damage to his internal organs and/or his death. Lopez Decl., ¶ 17. As a result, Respondent's life is now in jeopardy yet he continues to deprive himself of proper nutrition. *Id.*

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

**/s/ Payton H. Poliakoff**
Payton H. Poliakoff
Assistant United States Attorney
Fla. Bar. No.: 1025078
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel: 305.961.9176
Email: Payton.Poliakoff@usdoj.gov

**/s/ John Ghannam**
John Ghannam
Assistant United States Attorney
Fla. Bar. No.: 1031575
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel: 305.961.9030
Email: John.Ghannam@usdoj.gov

*Counsel for Petitioner*

2