## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION, AND
CUSTOMS ENFORCEMENT,

Petitioner

v.

Shepitsen, Andriy,

Respondent.

Case No.  1:26-MC-22466

---

## NOTICE OF APPEARANCE

---

Now comes attorney Katherine H. Blankenship, counsel for Plaintiff, Andriy

Shepitsen, to enter her appearance before this honorable Court as counsel for

Plaintiff in this matter. Attorney Blankenship is licensed in the state of Florida and

admitted and in good standing to practice in the Southern District of Florida.

1

Submitted this 9th day of April, 2026.

Respectfully submitted,


*/s/ Katherine H. Blankenship*
Katherine H. Blankenship (FL Bar 1031234)
Sanctuary of the South, PLLC
3317 Dayton Blvd, #15103
Chattanooga, TN 37415-9998
katie@sanctuaryofthesouth.com
786-671-8133

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2026, I electronically filed the foregoing document, and it is available for viewing and downloading from the Court's CM/ECF system.

*/s/ Katherine H. Blankenship*
Katherine H. Blankenship