UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-22466

IN RE APPLICATION OF
DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

     *Petitioner*,

vs.

ANDRIY SHEPITSEN,

     *Respondent*.

_____/

## JOINT STATUS REPORT

Pursuant to this Court's April 10, 2026, Order (ECF No. 6) requiring the Parties to file a "status report (joint or individual) advising the Court of the status of Respondent's independent competency evaluation and indicating whether and why the stay should remain in place, be lifted, and/or whether this matter should be dismissed," the Parties hereby jointly advise this honorable Court as follows:

1. On April 10, 2026, Respondent was admitted to Larkin Community Hospital where he voluntarily underwent examination, labs, and IV hydration.

2. On April 13, 2026, Respondent underwent a competency evaluation with the Psychiatry department at Larkin Community Hospital and voluntarily began consuming meals.

3. On April 14, 2026, Dr. Ferrer, with the Psychiatry Department at Larkin Community Hospital determined the Respondent currently "has the capacity to make his own decisions at this time." Respondent additionally voluntarily submitted for labs and examination.

4. As of the morning of April 15, 2026, Respondent has voluntarily consumed the following meals:

- April 13: Lunch and Dinner;

- April 14: Breakfast, Lunch, Dinner, Nighttime snack;

- April 15, 2026: Breakfast

5. Respondent has not yet been discharged from Larkin Community Hospital.

6. At this time, Dr. Ferrer, with the Psychiatry department at Larkin Community Hospital has found Respondent currently has the "capacity to make choices regarding his food intake". Respondent is continuing to voluntarily consume meals therefore the Parties respectfully request that this matter be voluntarily dismissed. Petitioner is filing a Notice of Voluntary Dismissal contemporaneously alongside the filing of this Joint Status Report.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

**/s/ Payton H. Poliakoff**
Payton H. Poliakoff
Assistant United States Attorney
Fla. Bar. No.: 1025078
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel: 305.961.9176
Email: Payton.Poliakoff@usdoj.gov

**/s/ John Ghannam**
John Ghannam
Assistant United States Attorney
Fla. Bar. No.: 1031575
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel: 305.961.9030
Email: John.Ghannam@usdoj.gov
***Counsel for Petitioner***