UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-22466-BB

IN RE APPLICATION OF

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

     *Petitioner*,

vs.

ANDRIY SHEPITSEN,

     *Respondent*.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Notice is given that the Petitioner voluntarily dismisses this action without prejudice

under Fed. R. Civ. P. 41(a)(1)(A)(i).

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

**/s/ Payton H. Poliakoff**
Payton H. Poliakoff
Assistant United States Attorney
Fla. Bar. No.: 1025078
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel: 305.961.9176
Email: Payton.Poliakoff@usdoj.gov

**/s/ John Ghannam**
John Ghannam
Assistant United States Attorney
Fla. Bar. No.: 1031575
99 N.E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel: 305.961.9030
Email: John.Ghannam@usdoj.gov

***Counsel for Petitioner***